United States District Court
Southern District of Texas

**ENTERED**

March 30, 2023

Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | | |
|---|---|---|
| KEVIN DEWAYNE WARD, (TDCJ–CID #633918) Petitioner, | § § § § § § | CIVIL ACTION NO 4:21–cv–04119 |
| vs. | § § § | JUDGE CHARLES ESKRIDGE |
| BOBBY LUMPKIN, Respondent. | § § § | |

## FINAL JUDGMENT

This civil action is DISMISSED WITH PREJUDICE for the reasons stated in the Memorandum on Dismissal entered this same date.

SO ORDERED.

Signed on ___March 30, 2023___, at Houston, Texas.

Hon. Charles Eskridge
United States District Judge